UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
EARLENE LAMAR

                Plaintiff,                Case No. 07 Civ. 11050 (CLB)

    - against –                **JURY DEMAND**

NANCY JENKINS, M.D., DOUGLAS
MARK KAIDEN, M.D., SALVATORE
PASQUALE, M.D., JANE CHAN, M.D.,
BARRY KROSSER, M.D., HUDSON
VALLEY HOSPITAL CENTER and
PEEKSKILL AREA HEALTH CENTER

                Defendant.
------------------------------------------------------X
COUNSELORS:

    PLEASE TAKE NOTICE, that the plaintiffs in the above matter hereby demand a jury trial.

Dated: New York, NY
        December 14, 2007

                                            SANOCKI NEWMAN & TURRET, LLP

                                            By:_____
                                            Joshua Fogel - 9036
                                            Attorneys for Plaintiffs
                                            225 Broadway, 8th Floor
                                            New York, NY 10007
                                            (212) 962-1190

TO:    Michael J. Garcia
        United States Attorney, Southern District of New York
        Attorneys for the United States of America
        86 Chambers Street, Third Floor
        New York, NY 10007

        Benvenuto, Arciero & McAndrew
        Attorneys for Defendants KAIDEN and KROSSER
        67 North Main Street
        New City, NY 10956
        (845) 634-6739

Martin Clearwater & Bell, LLP
Attorneys for Defendant JANE CHAN, M.D.
235 Main Street
White Plains, NY 10601
(914) 328-2969

Pilkington & Leggett, P.C.
Attorneys for Defendants PASQUALE and HUDSON VALLEY
HOSPITAL CENTER
222 Bloomingdale Road
White Plains, NY 10605
(914) 946-6774

SANOCKI NEWMAN & TURRET, LLP

STATE OF NEW YORK   )
                         ss.:
COUNTY OF NEW YORK )

**Joshua Fogel,** being duly sworn, deposes and says:

That he is over the age of 18 years and resides in New York County and is employed by Sanocki Newman & Turret, LLP. That on December 14, 2007 he served the within **JURY DEMAND** on each of the following parties at the address(es) designated by said parties for that purpose, by depositing a true copy of same enclosed under the exclusive care and custody of the United States Post Office Department within the State of New York:

Michael J. Garcia
United States Attorney, Southern District of New York
Attorneys for the United States of America
86 Chambers Street, Third Floor
New York, NY 10007

Benvenuto, Arciero & McAndrew
Attorneys for Defendants KAIDEN and KROSSER
67 North Main Street
New City, NY 10956
(845) 634-6739

Martin Clearwater & Bell, LLP
Attorneys for Defendant JANE CHAN, M.D.
235 Main Street
White Plains, NY 10601
(914) 328-2969

Pilkington & Leggett, P.C.
Attorneys for Defendants PASQUALE and HUDSON VALLEY HOSPITAL CENTER
222 Bloomingdale Road
White Plains, NY 10605
(914) 946-6774

_____
Joshua Fogel

Sworn to before me this
14th day of December, 2007

_____
NOTARY PUBLIC

Marissa B. Joelson
Notary Public State of New York
No. 02JO6164245
Qualified in New York County
Commission Expires April 16, 2011