*LML*
*Bruant, J.*

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: BRIAN M. FELDMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone No. (212) 637-2777
Facsimile No. (212) 637-2717


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x

EARLENE LAMAR,                                  :    **ECF CASE**
                                                :
                    Plaintiff,                  :    **CONSENT NOTICE OF**
                                                :    **VOLUNTARY DISMISSAL**
              -against-                          :
                                                :    07 Civ. 11050 (CLB)
NANCY JENKINS, M.D., DOUGLAS MARK               :
KAIDEN, M.D., SALVATORE PASQUALE, M.D.,         :
JANE CHAN, M.D., BARRY KROSSER, M.D.,           :
HUDSON VALLEY HOSPITAL CENTER, and              :
PEEKSKILL AREA HEALTH CENTER,                   :
                                                :
                    Defendants.                 :
                                                :
--------------------------------------------------------------- x

WHEREAS, on or about November 6, 2006, Earlene Lamar ("Plaintiff") filed a

complaint (the "Complaint") in the above-captioned action against Nancy Jenkins ("Nurse Jenks"),[*]

Douglas Mark Kaiden, Salvatore Pasquale, Jane Chan, Barry Krosser, Hudson Valley Hospital

Center, and Peekskill Area Health Center ("Peekskill"), under Index Number 21921/06;

WHEREAS, on October 22, 2007, Michael J. Garcia, the United States Attorney for

the Southern District of New York, certified that Nurse Jenks and Peekskill were acting within the

scope of their federal employment at the time of the incidents alleged in this action, and therefore,

---

[*] The caption improperly lists nurse Nancy Jenks as "Nancy Jenkins, M.D."

pursuant to section 224(g) of the Public Health Service Act, 42 U.S.C. § 233(g), are deemed to be employees of the United States under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680;

WHEREAS, on or about December 6, 2007, the Office of the United States Attorney for the Southern District of New York, removed this action to this Court, on behalf of Nurse Jenks, Peekskill, and the interests of the United States;

WHEREAS, Plaintiff intends to discontinue this action against Nurse Jenks and Peekskill;

WHEREAS, neither Nurse Jenks nor Peekskill have answered or filed motions for summary judgment; and

WHEREAS, Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action;"

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Nurse Jenks, and Peekskill, by their respective counsel, as follows:

1.    Pursuant to section 224(a), (c), of the Public Health Service Act, 42 U.S.C. § 233(a), (c), and 28 U.S.C. § 2679(d), the United States shall be substituted as defendant in this action to the extent plaintiffs' claims are against Nurse Jenks and Peekskill.

2.    Plaintiff's claims solely against Nurse Jenks and Peekskill are dismissed with prejudice and without costs or attorney's fees to any party.

2

3.      Plaintiff's claims solely against the United States are dismissed without prejudice and without costs or attorney's fees to any party.

4.      The parties understand and agree that this stipulation does not waive any right or defense of any party under the FTCA, including but not limited to Plaintiff's right, if any, to bring an action against the United States on the basis of the allegations in the Complaint pursuant to the restrictions of the FTCA, including but not limited to the presentment requirement of 28 U.S.C. § 2675(a).

5.      The parties further understand and agree that this stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
      December____, 2007

      SANOCKI NEWMAN & TURRET
      Attorneys for Plaintiff

By: _____
      DAVID B. TURRET
      225 Broadway, 8th Floor
      New York, New York 10007
      Telephone No. (212) 962-1190
      Facsimile No. (212) 964-1573

Dated: New York, New York
      December 11 , 2007

      MICHAEL J. GARCIA
      United States Attorney for the
      Southern District of New York
      Attorney for Nancy Jenks, the
      Peekskill Area Health Center, and
      the United States of America

By: _____
      BRIAN M. FELDMAN
      86 Chambers Street, Third Floor
      New York, New York 10007
      Telephone No. (212) 637-2777
      Facsimile No. (212) 637-2717

3

3.     Plaintiff's claims solely against the United States are dismis ed wi hout

prejudice and without costs or attorney's fees to any party.

4.     The parties understand and agree that this stipulation does n t wai e any right

or defense of any party under the FTCA, including but not limited to Plaintiff's righ , if an y, to bring

an action against the United States on the basis of the allegations in the Complaint pursua t to the

restrictions of the FTCA, including but not limited to the presentment requirement f 28 U.S.C.

§ 2675(a).

5.     The parties further understand and agree that this stipulation conta ns the entire

agreement between them, and that no statements, representations, promises, agreem ents, or

negotiations, oral or otherwise, between the parties or their counsel that are not inc' ided l erein shall

be of any force or effect.

Dated: New York, New York
      December _11_, 2007

       SANOCKI NEWMAN & TURRET
       Attorneys for Plaintiff

By:

       DAVID B. TURRET - ( , ,
       225 Broadway, 8'' Floor
       New York, New York 10007
       Telephone No. (212) 962-1190
       Facsimile No. (212) 964-1573

Dated: New York, New York
      December _11_, 2007

       MICHAEL J. GARCI ,
       United States Attorne for tl e
       Southern District of N w Yc rk
       Attorney for Nancy Je ks, tl e
       Peekskill Area Health Cente , and
       the United States of A neric .

By:

       BRIAN M FELDMA J
       86 Chambers Street, T ird Floor
       New York, New York 1000'
       Telephone No. (212) ( 37-2777
       Facsimile No. (212) 6 7-27 7

SO  ORDERED.

_____ Charles Brieant _____ 3
Sr.  U.S.D.J

dated: Dec 20, 2007